~~March 31, 2020~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

Urs Frei,
Michael Berlinka,
Roger Keller,

                     Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

S3 12 Cr. 02 (JSR)

Defendant Urs Frei hereby voluntarily consents to participate in the following proceeding via videoconferencing:

_X__    Initial Appearance/Appointment of Counsel

_X__    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Preliminary Hearing on Felony Complaint

_X__    Bail/Revocation/Detention Hearing

____    Status and/or Scheduling Conference

_X__    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

URS FREI
Print Defendant's Name

_____
Defense Counsel's Signature

Michael A. Levy
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/1/20
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~