IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) S3 12 Cr. 02 (JSR) |
| URS FREI, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER ADJOURNING DEFENDANT'S SURRENDER DATE**

WHEREAS, on November 19, 2021, the Court sentenced Defendant Urs Frei ("Defendant") to two months' imprisonment;

WHEREAS, the Court ordered Defendant to surrender for service of his sentence by 2:00 p.m. on January 11, 2022, at an institution designated by the Bureau of Prisons;

WHEREAS, the Bureau of Prisons has yet to designate an institution for the service of Defendant's sentence;

WHEREAS, without objection by the Government, Defendant has applied to the Court for a four-week adjournment of his surrender date in order to permit the Bureau of Prisons to make a designation;

**IT IS HEREBY ORDERED** that Defendant's surrender date is adjourned to 2:00 p.m. on February 8, 2022. No further adjournments will be granted.

SO ORDERED:

_____
The Honorable Jed S. Rakoff
United States District Judge

Dated: January 6, 2022