| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ORDER FOR RETURN OF BAIL |
| United States of America<br><br>-v-<br><br>**Urs Frei,**<br>                    *Defendant* | USAO# 2011R01061<br>12-CR-00002 |

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of **fifty thousand dollars ($50,000.00)** cash and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS the docket reflects that on **November 23, 2021**, the defendant was sentenced to **2 months imprisonment, a $25 special assessment,** and a **$10,000.00 fine,** signed by **Hon. Jed S. Rakoff – U.S.D.J.**; and

WHEREAS the defendant's conviction has become final and there are no further proceedings before this Court for which the defendant's presence is required; and

WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to **Margaret Frei** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Dated: **March** __15__, **2022**

                                         _____
                                         DENISE COTE
                                 United States District Judge

CONSENTED TO:

    **DAMIAN WILLIAMS**
    **United States Attorney**


    by: __/s/ Olga Zverovich_____           Date: March 9, 2022s
        **Olga Zverovich**
        **Assistant United States Attorney**
        **(212)-637-2514**

**Address of payee, if different from address on original Bail Order:**
(to be completed by District Court Clerk's Office)

_____

_____

_____

_____

**Phone Number:** _____

**The Clerk's Office Finance Unit will contact the party once the check is ready.**

# FOR CLERK'S OFFICE USE ONLY:

| **RECEIVED CHECK NO:** | **DATED:** |
|---|---|
| **IN THE AMOUNT OF: $** | |
| **PAYABLE TO:** | |
| **SIGN & PRINT:** | |